UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EILEEN TEFFT and RANDOLPH W. TEFFT,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., solely as nominee for COUNTRYWIDE HOME MORTGAGE,<br><br>Defendant. | Case No. C20-1519RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on plaintiffs' "Motion to Dismiss" under Fed. R. Civ. P. 41(a)(1). Dkt. # 3. Plaintiffs propose to dismiss the above-captioned matter with prejudice. Having confirmed that defendant has neither answered nor filed a motion for summary judgment, the above-captioned matter is hereby DISMISSED with prejudice and without costs to any party.

DATED this 4th day of January, 2021.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1